HERRERA *v.* HEINZE, WARDEN.

No. 82, Misc.   Decided October 14, 1963.

Petitioner *pro se.*

*Stanley Mosk,* Attorney General of California, *Doris H. Maier,* Assistant Attorney General, and *Edsel W. Haws,* Deputy Attorney General, for respondent.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted.  The judgment is vacated and the case is remanded to the Supreme Court of California for further consideration in light of *Douglas* v. *California,* 372 U. S. 353.

MR. JUSTICE HARLAN, for the reasons stated in *Daegele* v. *Kansas, ante,* p. 1, would have withheld disposition of this petition for certiorari until the disposition, after argument, of that case.